UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. CARABILLO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN INSURANCE )<br>SPECIALTY LINES INSURANCE )<br>COMPANY ET AL. )<br>)<br>Defendants. )<br>) | CASE NUMBER:   1:04-CV-00970-RJL |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties to the above-captioned action, by and through undersigned counsel, stipulate and agree that all claims in the above-captioned case are hereby dismissed with prejudice. The parties will bear their own costs and attorneys' fees.

_____
L. Jill McIntyre
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV  25322
Tel. (304) 340-1018
Fax. (304) 340-1050
jmcintrye@jacksonkelly.com

Counsel for Joseph A. Carabillo

_____
David J. Farber
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037
Tel. (202) 457-6516
Fax. (202) 457-6315
dfarber@pattonboggs.com

Counsel for American Insurance Specialty Lines Insurance Company and
National Union Fire Insurance Company of Pittsburgh, PA